FABIÁN, PETICIONARIO, v. CUEVAS ZEQUEIRA, JUEZ DE DISTRITO, ET AL., DEMANDADOS.

SOLICITUD para que se expida un auto inhibitorio al Juez de la Corte de Distrito de Humacao y a Josefina Finlay, Nemesio R. Canales y Luis Llorens Torres, para que desistan y se abstengan de actuar en nuevos procedimientos en el caso de *Josefina Finlay* v. *Rafael Fabián*, sobre divorcio.

No. 14.—Resuelto en julio 15, 1915.

Resuelto por los fundamentos de la opinión emitida en el recurso de *certiorari* 149, *Fabián* v. *Rossy, Juez de Distrito, et al.*, pág. 790.

Abogados del peticionario: *Sres. Bosch & Soto.*
Abogados de Josefina Finlay: *Sres. Llorens & Canales.*
El Juez Hon. Rafael Cuevas Zequeira compareció por escrito.

*Ratificado el auto inhibitorio expedido.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.